394 A.2d 626

Pratt, Appellant, v. Pratt.

Argued June 15, 1978. J. Rudnick, with him Michael H. Egnal, for appellant; Henry Stein, for appellee.

Order affirmed.

394 A.2d 627

Rasmussen v. Suplee et ux., Appellants.

Argued June 15, 1978. Donald O. Hovey, for appellants; Edward A. DeCindis, for appellee.

Judgment affirmed.